

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| EILEEN MORIAH RUIZ, | § | No. 08-24-00398-CR |
|---|---|---|
| Appellant, | § | Appeal from the |
| v. | § | 210th Judicial District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC#20220D01523) |

## J U D G M E N T

The Court has considered this cause on Appellant's voluntary motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal.

IT IS SO ORDERED THIS 9TH DAY OF DECEMBER 2024.


JEFF ALLEY, Chief Justice


Before Alley, C.J., Palafox and Soto, JJ.